Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:  Case No.:  09−28024 JS     Chapter:  13**

Melissa Oaks
Debtor(s)

### NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 9/28/09.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 9/28/09

                                              Mark D. Sammons, Clerk of Court
                                              by Deputy Clerk, L Aure−Spivey 301−344−3392